SCOTT N. SCHOOLS (SC 9990)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

MELISSA K. BROWN (CSBN 203307)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6962
    FAX: (415) 436-6748
    melissa.k.brown@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY JENKINS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE<br>    Defendant. | No. C-07-5846 JCS<br><br>**FEDERAL DEFENDANT'S REQUEST FOR REASSIGNMENT TO DISTRICT COURT JUDGE** |

    Defendant the UNITED STATES POSTAL SERVICE, by and through its undersigned counsel, hereby does not consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby respectfully requests the reassignment of this case to a United States District Judge.

DATED: December 17, 2007

    Respectfully submitted,
    SCOTT N. SCHOOLS
    United States Attorney

    /S

    _____
    MELISSA K. BROWN
    Assistant United States Attorney

FEDERAL DEFENDANT'S REQUEST FOR REASSIGNMENT
C-07-5846 JCS