**United States District Court**
For the Northern District of California

1
2
3                    UNITED STATES DISTRICT COURT
4                    NORTHERN DISTRICT OF CALIFORNIA
5
6  MARY JENKINS,                              No. C 07-05846 JCS
7             Plainitff(s),                    NOTICE OF IMPENDING
                                               REASSIGNMENT TO A UNITED STATES
8       v.                                     DISTRICT JUDGE
9  US POSTAL SERVICE,
10            Defendant(s).
                                        /
11
12     The Clerk of this Court will now randomly reassign this case to a United States District
13  Judge because:
14     [X]   One or more of the parties has requested reassignment to a United States District
15  Judge or has not consented to the jurisdiction of a United States Magistrate Judge.
16     []    One or more of the parties has sought a type of judicial action (e.g., a temporary
17  restraining order) that a United States Magistrate Judge may not take without the consent of all
18  parties, the necessary consents have not been secured, and time is of the essence.
19     ALL HEARING DATES PRESENTLY SCHEDULED BEFORE MAGISTRATE JUDGE
20  SPERO ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE
21  JUDGE TO WHOM THIS CASE HAS BEEN REASSIGNED.
22
23  Dated: December 17, 2007

                                               Richard W. Wieking, Clerk
24                                             United States District Court
25                                             _____
                                               By: Karen L. Hom
26                                             Courtroom Deputy
27  cc: Intake
28