# EXHIBIT A

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

MELISSA K. BROWN (CSBN 203307)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6962
   FAX: (415) 436-6748
   melissa.k.brown@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY JENKINS, | No. C-07-5846 JSW |
| Plaintiff, | |
| v. | **CERTIFICATION PURSUANT TO 28 U.S.C. § 2679(d)** |
| UNITED STATES POSTAL SERVICE and CURTIS CLAUDE HOLMES, | |
| Defendants. | |

I, Joann M. Swanson, hereby certify as follows:

1. I am the Chief of the Civil Division of the United States Attorney's Office for the Northern District of California. Pursuant to written delegation from Scott N. Schools, the duly appointed United States Attorney for the Northern District of California, I have been authorized to exercise on behalf of the United States Attorney the authority vested in him by the Attorney General, pursuant to 28 C.F.R. § 15.3, to certify pursuant to 28 U.S.C. § 2679(d) that a federal employee named as a defendant in a civil action was acting within the course and scope of his or her employment with reference to the matters alleged in the suit.

///

CERTIFICATION PURSUANT TO 28 U.S.C. § 2679(d)
C-07-5846 JSW - Holmes          1

|   |   |
|---|---|
| 1 | 2. I have reviewed the complaint in the above-captioned action. On the basis of those |
| 2 | citations and certain other information provided to me, pursuant to the provisions of 28 U.S.C. |
| 3 | § 2679(d) and by virtue of the authority vested in me as set forth above, I hereby certify that |
| 4 | Curtis Claude Holmes was acting within the course and scope of his employment with the United |
| 5 | States Postal Service. |

DATED: December 19, 2007

_____
JOANN M. SWANSON
Chief, Civil Division

CERTIFICATION PURSUANT TO 28 U.S.C. § 2679(d)
C-07-5846 JSW - Holmes                              2