SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K. BROWN (CSBN 203307)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6962
   FAX: (415) 436-6748
   melissa.k.brown@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY JENKINS,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES<br>        Defendant. | No. C-07-5846 JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS INDIVIDUAL DEFENDANT AND SUBSTITUTE UNITED STATES AS SOLE DEFENDANT** |

   WHEREAS, pursuant to the Federal Tort Claims Act, 28 U.S.C. 2671 *et seq.* ("FTCA"), Plaintiff Mary Jenkins ("Plaintiff") has filed a Civil Complaint for Damages for Personal Injuries allegedly suffered when she was struck by a United States Postal Van;

   WHEREAS, Plaintiff has named the individual Curtis Claude Holmes as a defendant in the above-referenced action;

   WHEREAS, the Chief of the Civil Division for the United States Attorneys Office for the Northern District of California submits a Certification Pursuant to 28 U.S.C. § 2679(d) that Curtis Claude Holmes, an employee of the United States Postal Service, was acting within the course and scope of his employment with reference to the matters alleged in the above-referenced suit, and such is attached as Exhibit A;

   WHEREAS, the United States is the only proper defendant in claims brought under the

FTCA. see 28 U.S.C. § 2674;

WHEREAS, the parties to this action, through their respective attorneys stipulate to the following:

1. Plaintiff agrees to dismiss with prejudice the individual defendant Curtis Claude Holmes.

2. The United States shall be substituted as the sole defendant in this action pursuant to 28 U.S.C. §§ 2674 and 2679(4).

DATED: December 19, 2007

Respectfully submitted,
SCOTT N. SCHOOLS
United States Attorney

/s/

MELISSA K. BROWN
Assistant United States Attorney

Dated: December 19, 2007

/s/

DONA COHN-PAYNE
Attorney for Plaintiff, Mary Jenkins

## ORDER

The individual defendant Curtis Claude Holmes is dismissed from this action with prejudice and the United States is substituted as the sole defendant pursuant to 28 U.S.C. §§ 2674 and 2679(d).

IT IS SO ORDERED.

Dated: December 20, 2007

JEFFREY S. WHITE
United States District Court Judge

JOINT STIPULATION AND [PROPOSED] ORDER
C-07-5846 JSW