IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

**JUDGE:  JEFFREY S. WHITE**          **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: **March 7, 2008**           **Court Reporter**:  Jim Yeomans

**CASE NO. C-07-5846  JSW**

**TITLE:**  Mary Jenkins v. U. S. Postal Service

**COUNSEL FOR PLAINTIFF:**            **COUNSEL FOR DEFENDANT:**

Donna Cohn Payne                      Melissa Brown

**PROCEEDINGS:**   Initial Case Management Conference

**RESULTS:**   Counsel shall confer with clients and submit a consent / declination for reassignment to a Magistrate Judge for All Purposes by  3-14-08.

    **ADR:  Court-mediation to be completed by 6-30-08.**

    Close of fact discovery:  6-15-08

    Last day for initial expert reports:  7-15-08

    Close of Expert discovery:  8-20-08

    Hearing on dispositive motions (if any):  10-3-08 at 9:00 a.m.

    Pretrial Conference:  1-12-09 at 2:00 p.m.

    Bench Trial:  2-2-09 at 8:30 a.m.

**REFERRALS:**

[X] Case referred to ADR for Court-mediation to be completed by 6-30-08.

**cc:**  ADR