JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K. BROWN (CSBN 203307)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6962
FAX: (415) 436-6748
melissa.k.brown@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY JENKINS, )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>UNITED STATES POSTAL SERVICE )<br>  Defendant. )<br>_____ )<br>) | No. C-07-5846 JSW<br><br>**UNOPPOSED REQUEST TO EXTEND THE MEDIATION DEADLINE AND [PROPOSED] ORDER** |

Pursuant to ADR L.R. 6-5 *et. seq*. the Federal Defendant, United States Postal Service, requests that the mediation deadline in this action be extended from May 5, 2008 to June 30, 2008. On March 7, 2008, at the Case Management Conference, the Federal Defendant orally requested that the Court extend the mediation deadline to June 30, 2008. Counsel for the Plaintiff, Mary Jenkins, did not oppose this request. An extension will allow the parties to conduct discovery that to assist with mediation. Both parties would like to engage in, at least,

//

//

//

THE FEDERAL DEFENDANT'S UNOPPOSED REQUEST TO EXTEND THE MEDIATION DEADLINE AND [PROPOSED] ORDER
C-07-5846 JSW                                                            1

limited discovery prior to mediation.  All of the parties concur in the request.

DATED: March 10, 2008                          Respectfully submitted,

JOSEPH P. RUSSONIELLO

United States Attorney

    /s/ Melissa Brown

_____
MELISSA K. BROWN
Assistant United States Attorney

## ORDER

On March 7, 2008, at the Case Management Conference, the Federal Defendant orally requested that the Court extend the mediation deadline to June 30, 2008.  Counsel for the Plaintiff, Mary Jenkins, did not oppose this request. Having considered the Federal Defendant's arguments, and finding just cause  the Court hereby GRANTS the Request To Extend The Mediation Deadline.  Mediation in this matter shall be held on or before June 30, 2008.

**IT IS SO ORDERED.**

Dated: _____                      _____
                                                                         JEFFREY S. WHITE
                                                                         United States District Court Judge