JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K. BROWN (CSBN 203307)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6962
FAX: (415) 436-6748
melissa.k.brown@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY JENKINS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES POSTAL SERVICE ) <br> Defendant. ) <br> _____ ) <br> ) | No. C-07-5846 JSW <br><br> **THE PARTIES' CONSENT TO THE ASSIGNMENT OF MAGISTRATE JUDGE MARIA ELENA JAMES** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

On March 7, 2008, counsel for the plaintiff Mary Jenkins and counsel for the defendant United States Postal Service, (collectively, the "parties") appeared before the Court for the scheduled Case Management Conference before the Honorable Jeffrey S. White.  During the Case Management Conference, there was a discussion as to whether this case would be appropriate for resolution before a magistrate. The Court requested that the parties meet and confer regarding assignment to a specific magistrate judge and provide a response by March 14, 2008.

Subsequently, the parties met and conferred and agree to consent to the assignment of this action to Magistrate Judge Maria-Elena James.

1
2  Therefore, in accordance with the provisions of Title 28 U.S.C. § 636(c), the undersigned
3  parties hereby voluntarily consent to have Magistrate Judge Maria-Elena James conduct any and
4  all further proceedings in this case, including trial, and order the entry of a final judgment.
5  Appeal from the judgment shall be taken directly to the United States Court of Appeal for the
6  Ninth Circuit.
7
8  Dated: March 14, 2008                    Respectfully submitted,
9                                                       /s Dona Cohn-Payne
10                                            _____
                                              DONA COHN-PAYNE
                                              Attorney for Plaintiff
11
12
13  DATED: March 14, 2008                   Respectfully submitted,
                                             JOSEPH P. RUSSONIELLO
14                                           United States Attorney
15                                                      /s: Melissa Brown
                                             _____
16                                           MELISSA K. BROWN
                                             Assistant United States Attorney
17
18
19
20
21
22
23
24
25
26
27
28