1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   MELISSA K. BROWN (CSBN 203307)
    Assistant United States Attorney
4
5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-6962
        FAX: (415) 436-6748
7       melissa.k.brown@usdoj.gov

8   Attorneys for Defendant

9

10                     UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13
    MARY JENKINS,                    )      No. C-07-5846 JSW
14                                    )
            Plaintiff,                )      **UNOPPOSED REQUEST TO EXTEND**
15                                    )      **THE MEDIATION DEADLINE AND**
        v.                           )      **[~~PROPOSED~~] ORDER**
16                                    )
    UNITED STATES POSTAL SERVICE      )
17          Defendant.               )
                                     )
18  _____ )
                                     )
19          Pursuant to ADR L.R. 6-5 *et. seq*. the Federal Defendant, United States Postal Service,

20  requests that the mediation deadline in this action be extended from May 5, 2008 to June 30,

21  2008.  On March 7, 2008, at the Case Management Conference, the Federal Defendant orally

22  requested that the Court extend the mediation deadline to June 30, 2008.  Counsel for the

23  Plaintiff, Mary Jenkins, did not oppose this request.  An extension will allow the parties to

24  conduct discovery that to assist with mediation. Both parties would like to engage in, at least,

25  //

26  //

27  //

28

THE FEDERAL DEFENDANT'S UNOPPOSED REQUEST TO EXTEND THE MEDIATION DEADLINE AND
[~~PROPOSED~~] ORDER
C-07-5846 JSW                              1

1   limited discovery prior to mediation.  All of the parties concur in the request.

2

3   DATED: March 10, 2008                          Respectfully submitted,

4                                                  JOSEPH P. RUSSONIELLO

5                                                  United States Attorney

6                                                          /s/ Melissa Brown

7                                                  _____
                                                   MELISSA K. BROWN
8                                                  Assistant United States Attorney

9

10                                        **ORDER**

11          On March 7, 2008, at the Case Management Conference, the Federal Defendant orally

12  requested that the Court extend the mediation deadline to June 30, 2008.  Counsel for the

13  Plaintiff, Mary Jenkins, did not oppose this request. Having considered the Federal Defendant's

14  arguments, and finding just cause  the Court hereby GRANTS the Request To Extend The

15  Mediation Deadline.  Mediation in this matter shall be held on or before June 30, 2008.

16

17

18          **IT IS SO ORDERED.**

19

20  Dated:  ___March 17, 2008___          _____
                                          JEFFREY S. WHITE
21                                        United States District Court Judge

22

23

24

25

26

27

28

THE FEDERAL DEFENDANT'S UNOPPOSED REQUEST TO EXTEND THE MEDIATION DEADLINE AND
[PROPOSED] ORDER
C-07-5846 JSW                          2