**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARY JENKINS,

    Plaintiff,

v.

US POSTAL SERVICE,

    Defendant.
_____/

No. C 07-05846 JSW

**ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR ALL PURPOSES**

Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is HEREBY REFERRED to Magistrate Judge Maria-Elena James for all further proceedings.

**IT IS SO ORDERED.**

Dated: March 17, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom