```
                                                    FILED
                                                    JUL 0 1 2008
                                                 RICHARD W. WIEKING
                                              CLERK, U.S. DISTRICT COURT
                                           NORTHERN DISTRICT OF CALIFORNIA
```

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Jenkins, | No. C 07-05846 MEJ MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| United States Postal Service, | |
| Defendant(s). | |

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __17 June 2008__

2. Did the case settle?   ☒ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☐ another session scheduled for (date) _____
   ☐ phone discussions expected by (date) _____
   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: __27 June 2008__     _____
                            Mediator, Ike K. Lasater
                            Words That Work
                            156 Madrone Ave.
                            San Francisco, CA 94127

**Certification of ADR Session**
07-05846 MEJ MED