Dona Cohn-Payne (SBN 139707)
COHN LAW FIRM
PO Box 262
Sonoma, CA 95476
Telephone: (707) 935-9393
Facsimile: (707) 935-9396
dona@cohnlawoffice.com

Attorney for Plaintiff
MARY JENKINS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Plaintiff,<br><br>MARY JENKINS<br><br>vs.<br><br>Defendants,<br><br>UNITED STATES POSTAL SERVICE | Case No. CV 07-05846 MEJ<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER |

**TO THE CLERK OF THE COURT:**

Plaintiff, MARY JENKINS, by and through her undersigned attorney, requests and stipulates that the Court dismiss this entire action and all causes of action with prejudice.

Dated:  July 23, 2008                           Cohn Law Firm

                                                /s/
                                                _____
                                                Dona Cohn-Payne
                                                Attorney for Plaintiff, Mary Jenkins

**IT IS SO ORDERED:**

That the Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed.

                                                _____
                                                Honorable Maria Elena James

Cohn Law Firm
PO Box 262
Sonoma, CA 95476