Dona Cohn-Payne (SBN 139707)
COHN LAW FIRM
PO Box 262
Sonoma, CA 95476
Telephone: (707) 935-9393
Facsimile: (707) 935-9396
dona@cohnlawoffice.com

Attorney for Plaintiff
MARY JENKINS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Plaintiff, <br><br> MARY JENKINS <br><br> vs. <br><br> Defendants, <br><br> UNITED STATES POSTAL SERVICE | Case No. CV 07-05846 MEJ <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER |

**TO THE CLERK OF THE COURT:**

Plaintiff, MARY JENKINS, by and through her undersigned attorney, requests and stipulates that the Court dismiss this entire action and all causes of action with prejudice.

Dated: July 23, 2008                        Cohn Law Firm

                                            /s/
                                            _____
                                            Dona Cohn-Payne
                                            Attorney for Plaintiff, Mary Jenkins

**IT IS SO ORDERED:**

That the Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed.

_____
Honorable Maria Elena James